In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00510-CR


NO. 09-08-00511-CR


NO. 09-08-00512-CR


 _____________________



KRISTIE RENA GREEN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 08-03863, 08-03871, 08-03872 






MEMORANDUM OPINION


 The trial court sentenced Kristie Rena Green as a prior felony offender on three
convictions for burglary of a habitation. Green filed a notice of appeal. The trial court
entered certifications of the defendant's right to appeal in which the court certified that these
are plea-bargain cases and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of
Appeals.

 We notified the parties that we would dismiss the appeals unless amended
certifications were filed within fifteen days of the date of the notice and made a part of the
appellate records. See Tex. R. App. P. 25.2(f). The records have not been supplemented with
amended certifications.

 Because the records do not contain certifications that show the defendant has the right
of appeal, we must dismiss the appeals. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 

 DAVID GAULTNEY

 Justice


Opinion Delivered January 7, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.